IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

STEPHEN SCHNEIDER                                                              PETITIONER
Reg. #19941-031

v.                           Case No. 2:18-cv-00082-KGB

GENE BEASLEY                                                                    RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Stephen Schneider's petition without prejudice and denies the requested relief.

So adjudged this the 11th day of February, 2019.

Kristine G. Baker
United States District Judge